**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ERIKA BEASELY and LORA MEYERS, individually and on behalf of others similarly situated, | ) | |
| Plaintiffs, | ) | CASE NO. 4:09-cv-01748 |
| vs. | ) | **JURY TRIAL DEMANDED** |
| GC SERVICES, L.P. | ) | |
| Defendant. | ) | |

**AMENDED CONSOLIDATED COMPLAINT**

Plaintiffs Erika Beasley and Lora Meyers, individually and on behalf of other similarly situated employees ("Plaintiffs"), for their Amended Consolidated Complaint against defendant GC Services, L.P. alleging violations of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §§ 201 *et seq*., allege as follows:

**Nature of Case**

1. GC Services employs workers to staff telephone lines in numerous geographically dispersed call centers, including a call center located in St. Louis County, Missouri. GC Services required these employees to log into or out of computer systems and applications and perform other work activities "off-the-clock" and without pay before and after their paid shifts and during breaks. All such actions were performed for the primary benefit of GC Services, and thus, GC Services received unpaid labor from its employees. Plaintiffs seek to recover unpaid overtime wages under the Fair Labor Standards Act.

## Jurisdiction and Venue

2. The FLSA authorizes court actions by private parties to recover damages for violation of the FLSA's wage and hour provisions. This Court has subject matter jurisdiction based on 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

3. Venue in this district is proper under 28 U.S.C. § 1391(b) and (c) because GC Services conducts business in this district, operates call centers in this district, and substantial unlawful conduct giving rise to the claims occurred in this district.

## Parties

4. Plaintiff Erika Beasley resides in the County of St. Louis, Missouri and previously worked at GC Services' call center in St. Louis County from approximately the spring of 2005 through November 6, 2009. Plaintiff Beasley's Consent to Become a Party Plaintiff pursuant to 29 U.S.C. § 216(b) was previously filed with the Court as an attachment to Docket No. 13.

5. Plaintiff Lora Meyers resides in West Virginia and currently works at GC Services' call center in Huntington, West Virginia. Plaintiff Meyers' Consent to Become a Party Plaintiff pursuant to 29 U.S.C. § 216(b) was originally filed in the United States District Court for the Southern District of West Virginia on November 13, 2009, and is attached hereto as Exhibit A.

6. Additionally, 30 other present and former telephone-dedicated call center employees have previously filed consent to join forms either in this case or in a previously-filed case in West Virginia. They are Travis Allen, Nota Jean Barnes, Kenneth Bruder, Steven Christy, Sherry Clere, Carolyn Damron, Debra Davis, Darryl

Easley, Pamela Ferguson, Amber Ferguson, Lashunda Fletcher, Jennie Fortier, Ashley Freeman, Patricia Glass, Angelina Gue, Kimberly Holbrook, Tamika Jones, Curtis Justus, Cecilia Koster, Lavoe Laney, Pamela Nance, Johnna Parker, Christine Roman Gonzalez, Kathryn Scaglione, Stacie Smith, Peggy Spurlock, Bryn Wells, Jennifer Whitaker, Anton Williams, and Rochelle Zelakiewicz. Their Consent to Join forms were filed in this case as Doc. Nos. 3, 27, 28, and 29, or copies of their consent to join forms previously-filed in the West Virginia action are attached hereto as Exhibit B.

7. Plaintiffs bring this lawsuit as a collective action under the FLSA on behalf of themselves and all other similarly situated employees employed in any of GC Services' call centers in the United States outside of California within the last three (3) years.

8. Defendant GC Services L.P. is a Delaware limited partnership registered to conduct business in Missouri that operates numerous call centers, including a call center within the County of St. Louis, which is located within the Eastern District of Missouri.

**General Allegations**

9. The United States Supreme Court held that preparatory work duties that are integral and indispensable to the principal work activity are compensable under the FLSA. *See IBP, Inc. v. Alvarez*, 126 S. Ct. 514 (2005). Although *Alvarez* arose in the donning and doffing context in a meat processing plant, its holding is directly applicable to the call centers operated by GC Services.

10. Plaintiffs and similarly situated employees engage in preparatory activities and other related work activities that are integral and indispensable for them to perform

their job duties. GC Services does not pay its hourly employees who staff telephones in its call centers for this work time; consequently, these employees consistently work "off the clock" and without pay. Accordingly, under the holding of *Alvarez*, as well as under consistent rulings and interpretations of the United States Department of Labor, Plaintiffs and all similarly situated employees are entitled to compensation for the time spent working before and after their paid shifts, and during unpaid breaks.

11. GC Services uniformly denies wages and overtime pay to its employees by requiring and/or permitting them to perform "off the clock" work, including (1) logging into and out of various computer systems and applications; (2) performing work duties during unpaid lunch breaks; and (3) altering time records to avoid or reduce overtime pay.

12. The deliberate failure of GC Services to pay employees their earned overtime wages violates the FLSA.

13. GC Services pays Plaintiffs and its other employees who staff dedicated telephone lines at its call center facilities on an hourly basis and classifies them as "non-exempt" under the FLSA.

14. GC Services does not accurately record all time worked by the telephone-dedicated call center employees, and specifically does not include time these employees spent performing integral and indispensable job duties, including logging into and out of computer systems and applications and performing tasks during unpaid lunch breaks.

15. Telephone-dedicated call center employees must log-on to their computers and pull up various computer programs and/or inter- and intranet websites before they are

able to handle their first in-bound or out-bound telephone call of the day. These tasks also must be performed at the end of their unpaid lunch break.

16. GC Services does not pay its call center employees to perform these integral and indispensable tasks.

17. GC Services' call center employees log into and out of a time-keeping software program at the beginning and end of each day.

18. The net effect of the policies and practices maintained and administered by GC Services, instituted and approved by company managers, is that it willfully fails to pay overtime compensation to save payroll costs. GC Services thus enjoys ill-gained profits at the expense of its hourly employees.

**Collective Action Allegations**

19. Plaintiffs bring this case as an "opt-in" collective action under 29 U.S.C. § 216(b) on behalf of all hourly employees in GC Services call centers in the United States outside of California who staff dedicated telephone lines and who file a consent to join form with the Court.

20. Plaintiffs, individually and on behalf of other similarly situated employees, seek relief on a collective basis challenging, among other FLSA violations, GC Services' practice of failing to accurately pay for all overtime hours worked. The number and identity of other plaintiffs yet to opt-in and consent to be party plaintiffs may be determined from GC Services' records, and potential opt-in plaintiffs may easily and quickly be notified of the pendency of this action.

**Count I: Violation of the Fair Labor Standards Act of 1938**

21. Plaintiffs reassert and re-allege the allegations set forth above.

22. At all times material herein, Plaintiffs and other similarly situated persons have been entitled to the rights, protections, and benefits provided under the FLSA.

23. The FLSA regulates, among other things, the payment of overtime to employees who are engaged in interstate commerce or employed in an enterprise engaged in commerce. 29 U.S.C. § 207(a)(1).

24. GC Services is subject to the overtime pay requirements of the FLSA because it is an enterprise engaged in interstate commerce and its employees are engaged in commerce.

25. Section 13 of the FLSA, codified at 29 U.S.C. § 213, exempts certain categories of employees from overtime pay obligations. None of the FLSA exemptions apply to Plaintiffs or other similarly situated employees.

26. Plaintiffs and all similarly situated employees are victims of a uniform compensation policy. On information and belief, the same unlawful compensation policies are applied to all hourly employees at all GC Services' call centers.

27. Plaintiffs and all similarly situated employees are entitled to damages equal to the mandated overtime premium pay within the three (3) years preceding the filing of the Complaint, plus periods of equitable tolling, because GC Services acted willfully and knew, or showed reckless disregard for whether its conduct was prohibited by the FLSA.

28. GC Services has not acted in good faith or with reasonable grounds to believe its actions and omissions did not violate the FLSA, and as a result thereof,

Plaintiffs and other similarly situated employees are entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid overtime pay permitted by 29 U.S.C. § 216(b). Alternatively, should the Court find GC Services did not act willfully in failing to pay overtime compensation, Plaintiffs and all similarly situated employees are entitled to an award of pre-judgment interest at the applicable legal rate.

29. As a result of the aforesaid willful violations of the FLSA's overtime pay provisions, overtime compensation has been unlawfully withheld by GC Services from Plaintiffs and all similarly situated employees. Accordingly, GC Services is liable under 29 U.S.C. § 216(b), together with an additional amount as liquidated damages, pre- and post-judgment interest, reasonable attorneys' fees, and costs of this action.

WHEREFORE, Plaintiffs and all similarly situated employees demand judgment against GC Services and pray for: (1) compensatory damages; (2) liquidated damages; (3) attorneys' fees and costs as allowed by Section 16(b) of the FLSA; (4) pre-judgment and post-judgment interest as provided by law; and (5) such other relief as the Court deems fair and equitable.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury of all issues triable by jury.

Dated: April 7, 2010 Respectfully submitted,


| | |
|---|---|
| Mark A. Potashnick<br>(E.D. Mo Bar #35970)<br>**Weinhaus & Potashnick**<br>11500 Olive Boulevard., Suite 133<br>St. Louis, Missouri 63141<br>Telephone: (314) 997-9150<br>Facsimile: (314) 997-9170 | **Stueve Siegel Hanson LLP**<br><br>/s/ *Richard M. Paul III*<br>Richard M. Paul III (MO Bar #44233)<br>(admitted *pro hac vice*)<br>Ashlea G. Schwarz (MO Bar # 60102)<br>(admitted *pro hac vice*)<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101 |
| J. Farrest Taylor<br>(*pro hac vice* forthcoming)<br>Angela J. Mason<br>(*pro hac vice* forthcoming)<br>**Cochran, Cherry, Givens, Smith, Lane and Taylor**<br>163 West Main Street<br>Dothan, Alabama 36301<br>Telephone: (334) 793-1555<br>Facsimile: (334) 793-8210 | G. Patrick Jacobs<br>(*pro hac vice* forthcoming)<br>**Jacobs Law Office**<br>7020 MacCorkle Avenue, SE<br>Charleston, West Virginia 25304<br>Telephone: (304) 926-6676<br>Facsimile: (304) 926-8336 |


**ATTORNEYS FOR PLAINTIFFS**

## Certificate of Service

The undersigned hereby certifies on the 7th day of April, 2010, the above was served via the Court's ECF filing system to all counsel of record.

/s/ *Richard M. Paul III*
Attorney for Plaintiffs

# EXHIBIT A

## CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Lora B Meyers states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by GC Services, at the facility located in Huntington, West Virginia. I worked at this location from 03/05/06 [Date] to present [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover unpaid compensation and overtime. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

6. I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the 23 day of Oct, 2009.

Lora B Meyers
[PRINT NAME]

Lora B Meyers
[SIGN NAME]

632 Valley Dr.
[PRINT ADDRESS]

Apple Grove, WV 25502
[PRINT CITY, STATE, ZIP CODE]

304-674-3439
[PRINT CELL PHONE NUMBER]

304-576-2215
[PRINT HOME PHONE NUMBER]

# EXHIBIT B

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against GC Services Limited Partnership and any related entities. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-2-2010

[signature]
Signature
Name:

SSH: 0744/141793
UNIQUE IDENTIFIER

# CONSENT TO JOIN SUIT AS PARTY PLAINTIFF

TO: CLERK OF THE COURT AND COUNSEL OF RECORD

Steven Christy states the following:
[Print Name]

1. I am over 18 years of age and competent to give the following consent in this matter.

2. I am currently, or was formerly, employed by GC Services, at the facility located in Huntington, West Virginia. I worked at this location from 2/3/09 [Date] to CURRENT [Date, or if still working write "present"].

3. I understand that this suit is being brought to recover unpaid compensation and overtime. I understand that the suit is brought pursuant to both federal law and applicable state statutes, if any.

4. I believe I have not been paid for all compensable time which I have worked, including overtime.

5. I hereby consent and agree to be a plaintiff in this lawsuit and to be bound by any decision in this lawsuit or by any settlement of this case.

6. I understand that this suit may be brought as a collective action covering employees of Defendant. If brought as a collective action under either federal or state law, I consent to join as a plaintiff in such suit.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

DATED the Oct day of 26th, 2009.

Steven Christy
[PRINT NAME]

Steven Christy Jr
[SIGN NAME]

2204 8th Avenue [redacted]
[PRINT ADDRESS]

Huntington, WV 25703
[PRINT CITY/STATE, ZIP CODE]

N/A
[PRINT CELL PHONE NUMBER]

(304) 521-4420
[PRINT HOME PHONE NUMBER]

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff seeking unpaid wages and overtime against GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-3-10

[signature]
Signature
Name:

SSN: 0744/141793
UNIQUE IDENTIFIER

EXHIBIT
C

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 12-31-09

Carolyn S Damron
Signature
Name:

SSH: 0744/141793
UNIQUE IDENTIFIER

Case 3:09-cv-01242 Document 11-1 Filed 01/08/10 Page 2 of 12

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against GC Services Limited Partnership and any related entities. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 12-31-09

[signature]
Signature
Name:

SSH: 0744/141793
UNIQUE IDENTIFIER

EXHIBIT
B

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I **hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 12-31-09

[signature]
Signature
Name:

SSH: 0744/141793
UNIQUE IDENTIFIER

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities**. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 12-31-09

Pamela L. Ferguson
Signature
Name:

SSH: 0744/141793
UNIQUE IDENTIFIER

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 3/8/2010

Lashunda Fletcher
Signature
Name: Lashunda Fletcher

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 3/10/09

Jennie Fortier
Signature
Name: Jennie Fortier

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 3-8-2010

Ashley N. Freeman
Signature
Name: Ashley Freeman

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against GC Services Limited Partnership and any related entities. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1/4/10

Patricia Glass
Signature
Name:

SSN: 0744/141793
UNIQUE IDENTIFIER

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 2-3-10

Signature: Angelia D Gue

Printed Name: Angelia D Gue

SSH: 0744/141793
UNIQUE IDENTIFIER

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing statements are true to the best of my knowledge.

Date: 1-22-10

Signature

Name: Tammyka S Jones

SSH 0744/141791
UNIQUE IDENTIFIER

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 02-03-2010

Signature

Printed Name: Curtis Justus

SSH: 0744/141793
UNIQUE IDENTIFIER

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against GC Services Limited Partnership and any related entities. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-4-10

Cecilia M. Foster
Signature
Name:

SSN: 0744/141793
UNIQUE IDENTIFIER

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities**. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-25-10

[signature]
Signature
Name: Lavoe Laney

SSH: 0744/141793
UNIQUE IDENTIFIER

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against GC Services Limited Partnership and any related entities. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1/4/09

John Parker
Signature
Name:

SSN: 0744/141793
UNIQUE IDENTIFIER

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 3-8-2010

Christine Roman Gonzalez
Signature
Name: Christine Roman Gonzalez

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities**. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC, and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-8-2010

Signature: Kathryn Scaglione

Name: Kathryn Scaglione

SSH 0744-141793
UNIQUE IDENTIFIER

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities**. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-8-10

Stacie Smith
Signature
Name: STACIE Smith

SSH 0744/141793
UNIQUE IDENTIFIER

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages and overtime against GC Services Limited Partnership and any related entities. If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: Jan 02, 2010

Peggy L Spurlock
Signature
Name:

SSH: 0744/141793
UNIQUE IDENTIFIER

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-18-10

Bryan Wells
Signature
Name:

SSH: 0744/141793
UNIQUE IDENTIFIER

**CONSENT TO BECOME A PARTY PLAINTIFF**

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 2-3-10

Jennifer Whitaker
Signature

Printed Name: Jennifer Whitaker

SSH: 0744/141793
UNIQUE IDENTIFIER

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 1-8-2010

Signature

Name: Arton Williams

SSIE 0744/141793
UNIQUE IDENTIFIER

# CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I hereby consent to be a party plaintiff** seeking unpaid wages and overtime against **GC Services Limited Partnership and any related entities.** If this case does not proceed collectively, I also consent to join any subsequent action against GC Services for unpaid wages. I am currently or was formerly employed by GC Services as a telephone-dedicated call center employee within the past three years. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I believe I have not been paid for all compensable time for which I have worked, including overtime. For purposes of pursuing my unpaid wage and overtime claims against GC Services, I choose to be represented by Stueve Siegel Hanson LLP; Weinhaus & Potashnick; Cochran, Cherry, Givens, Smith, Lane & Taylor; Law Office of G. Patrick Jacobs, LC; and other attorneys with whom they may associate.

I swear or affirm that the foregoing Statements are true to the best of my knowledge.

Date: 2/3/10

Rochelle Zelakiewicz
Signature

Printed Name: Rochelle Zelakiewicz

SSH: 0744/141793
UNIQUE IDENTIFIER