UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERIKA BEASELY, individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:09CV1748 CDP |
| GC SERVICES LP, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon request of the mediator and for good cause shown,

**IT IS HEREBY ORDERED** that the referral of this case to alternative dispute resolution will terminate on **April 30, 2011.**

**All other deadlines remain in full force and effect**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2010.