UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ERIKA BEASELY, individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:09CV1748 CDP |
| GC SERVICES LP, | ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before me on my review of the file. I stayed all deadlines in this case at the joint request of the parties to facilitate a potential settlement. I have now been informed by the mediator that the parties did not reach a settlement, and the stay of all activity has been lifted. Having carefully reviewed the defendant's motion for reconsideration, the motion will be denied. The parties shall file a joint proposed amended case management order for the Court's consideration by March 18, 2011.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration [#91] is denied.

**IT IS FURTHER ORDERED** that the parties shall file a joint proposed amended case management order by no later than **March 18, 2011.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of March, 2011.